Holly Pranger (SB#215270)
Scott Lonardo (SB#285001)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Telephone:   (415) 885-9800
Facsimile:   (415) 944-1110
hpranger@prangerlaw.com
slonardo@prangerlaw.com

Attorneys for Plaintiff,
Emergent Law P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMERGENT LAW P.C.,<br>a Washington Professional Corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br><br>PERKINS LAW FIRM, LLC,<br>a South Carolina Limited Liability Company,<br><br>             Defendant. | Case No. 3:19-cv-08180-JSC<br><br>**PLAINTIFF EMERGENT LAW P.C.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 23, 2019                             PRANGER LAW PC

                                                         By: */s/Holly Pranger*
                                                             Holly Pranger
                                                             Attorneys for Plaintiff
                                                             EMERGENT LAW P.C.

**Pranger Law PC**
88 Guy Place, Suite 405
San Francisco, CA 94105

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT